UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASYA TOKAREVA,

                Plaintiff,

– against –

SECURITY SERVICE PROVIDER CORP.,

                Defendant.

**ORDER**

20 Civ. 9867 (ER)

Ramos, D.J.:

        On December 2, 2020, Defendant, through its alleged owner, filed a letter requesting to proceed *pro se* in the instant suit. Doc. 7. This Circuit has made clear that "a layperson may not represent a separate legal entity such as a corporation." *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007). Accordingly, "a company may not appear *pro se* but rather must be represented by counsel." *Omega Consulting v. Farrington Mfg. Co.*, 604 F. Supp. 2d 684, 684 (S.D.N.Y. 2009). Defendant's request to appear without counsel is therefore denied. Failure to have counsel appear on behalf of the corporation may result in the entry of a default judgment against Defendant.

        SO ORDERED.

Dated:    December 7, 2020
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.